Jess R. Booth (SBN 245430)
DUANE MORRIS LLP
750 B Street, Suite 2900
San Diego, CA 92101
Telephone: (619) 744-2268
Facsimile: (415) 520-0803
Email:      jrbooth@duanemorris.com

Counsel for AcademyOne, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEGESOURCE, INC., | Case No.: 3:15-MC-01241 |
| Plaintiff, | **NOTICE OF RELATED CASE** |
| v. | |
| ACADEMYONE, INC., | |
| Defendant. | |

**TO THE COURT AND ALL PARTIES OF RECORD**:

Pursuant to Local Rule 40.1(f) of the U.S. District Court for the Southern District of California, the undersigned counsel of record for Defendant Academy One, Inc. certifies that the above-captioned action, *CollegeSource, Inc. v. AcademyOne, Inc.*, Case No. 3:15-MC-01241, filed on October 13, 2015 ("New Action"), is related to *CollegeSource, Inc. v. AcademyOne, Inc.*, Case No. 08-CV-1987-GPC (MDD), which was filed on October 27, 2008 and remains pending in this Court ("California Action").

The New Action and the California Action are related because both actions arise out of the same transaction, happening or event.  The New Action is a miscellaneous action opened to register a judgment upon a Bill of Costs that AcademyOne obtained against CollegeSource, Inc. in *CollegeSource, Inc. v.*

*AcademyOne, Inc.*, Case No. 10-CV-3542 (E.D. Pa.), which was filed on July 20, 2010 in the United States District Court for the Eastern District of Pennsylvania ("Pennsylvania Action").

CollegeSource filed two federal cases against AcademyOne arising from the same facts – the first was the California Action, the other was the Pennsylvania Action.  Both complaints were based on an identical set of facts arising from AcademyOne's supposed improper access to and use of CollegeSource's databases, as well as purported trademark infringement and false advertising.

On October 25, 2012, in the Pennsylvania Action, the District Court entered judgment against CollegeSource on all of its claims and awarded judgment upon a Bill of Costs in favor of AcademyOne in the amount of $18,944.43.  AcademyOne now seeks to execute upon that judgment by registering the judgment in this Court through the New Action.

On September 24, 2015, in the California Action, this Court (Honorable Gonzalo P. Curiel) granted AcademyOne's motion for summary judgment and entered judgment in favor of AcademyOne and against CollegeSource.  AcademyOne has filed a Bill of Costs, which is set for hearing on October 29, 2015.

Thus, the New Action and the California Action are related.

Moreover, assignment of the New Action to the Honorable Gonazlo P. Curiel is likely to effect a saving of judicial effort and other economies.  Judge Curiel will hear and rule on AcademyOne's Bill of Costs in the California Action.  AcademyOne will then seek to enforce judgment upon the Bill of Costs in the California Action as well as the judgment upon the Bill of Costs entered in the Pennsylvania Action.  To the extent any issues arise with AcademyOne's enforcement of either judgment, Judge Curiel would be familiar with the parties, factual background, and procedural history.  Thus, it would be efficient for the New Action to be related to the California Action and assigned to Judge Curiel.

///

Dated: October 20, 2015 **DUANE MORRIS LLP**

By: /s/ Jess R. Booth
Jess R. Booth
Counsel for AcademyOne, Inc.

**CERTIFICATE OF SERVICE**

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is Duane Morris LLP, 750 B Street, Suite 2900, San Diego, California 92009. On the date set forth below, I served the following document(s):

**NOTICE OF RELATED CASE**

on the interested party(ies) in this action in the following manner:

**[X]   BY MAIL:** On the date set forth below, at San Diego California, I placed the document(s) in a sealed envelope(s), addressed as set forth below, for collection and mailing with the United States Postal Service. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. According to that practice, the correspondence will be deposited with the United States Postal Service that same day in the ordinary course of business, with first-class prepaid postage thereon.

**[X]   BY E-MAIL:** On the date set forth below, at San Diego, California, I served the foregoing document(s) by e-mail transmission to the e-mail address(es) set forth below.

**[   ]   BY OVERNIGHT DELIVERY:** On the date set forth below, at San Diego, California, I placed the document(s) for overnight delivery in a box or location regularly maintained by Federal Express (or other express courier service) at my office, or I delivered the document(s) to an authorized courier or driver authorized by Federal Express (or other express courier service) to receive documents. The document(s) was(were) placed in a sealed envelope(s) or package(s) designated by Federal Express (or other express courier service), with delivery fees paid or provided for, addressed as set forth below to whom the document(s) should be delivered, at the office address(es) as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence.

**[   ]   BY PERSONAL DELIVERY:** On the date set forth below, at San Diego, California, I placed the above-referenced document(s) in a box or location regularly maintained at my office for our messenger/courier service, or I delivered the envelope or package to a courier or driver authorized by our messenger/courier service to receive documents. The document(s) was(were) placed in a sealed envelope or package designated by our messenger/courier service with delivery fees paid or provided for, addressed to the person(s) on whom it is to be personally served at the address(es) shown below, at the office address(es) as last given by that person on any document filed in the cause and served on the party making service; otherwise at that party's place of residence. The messenger/courier service was provided with instructions that the envelope or package be personally served on the addressee(s) by same day delivery.

Attorneys for CollegeSource, Inc.

Attorneys for CollegeSource, Inc.

William F. Woods (87189)
3510 Front Street, #2F
San Diego, CA, 92103
Tel: 619-742-5000
Email: bill@wfwoods.com

Darren J. Quinn (149679)
Alexander E. Papaefthimiou (236930)
LAW OFFICES OF DARREN J. QUINN
12702 Via Cortina, Suite 105
Del Mar, CA 92014
Tel: (858) 509-9401
Email: dq@dqlaw.com

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on October 20, 2015 at San Diego, California.

/s/ Megan C. Danbach
Megan C. Danbach

NOTICE OF RELATED CASE; Case No. 3:15-MC-01241